BETH W. MORA, ESQ.  BAR NO: 208859
LAW OFFICES OF LUCIUS A. COOPER
A Professional Corporation
18 Crow Canyon Court, Suite 145
San Ramon, California  94583
Telephone:  (925) 820-8949
Facsimile:  (925) 820-0278

Attorneys for Plaintiff

MICHAEL W. FOSTER, ESQ. BAR NO: 127691
ALICE CONWAY-POWERS, ESQ. BAR NO: 178677
FOSTER AND ASSOCIATES
610 16th Street, Suite 310
Oakland, California 94612
Telephone: (510) 763-1900
Facsimile: (510) 763-5952

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLLEEN CONDON, ) | NO.  C05-03875 MHP |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION** |
| HOME DEPOT USA, INC., ) | |
| Defendants. ) | |
| _____ ) | |

    The parties to the above-entitled action jointly submit this Stipulation to extend the deadline to complete mediation.

    WHEREAS, the Court's Alternative Dispute Resolution office assigned Barbara S. Bryant as the mediator in this case;

    WHEREAS, counsel for the parties choose to proceed with Ms. Bryant rather than attend private mediation;

    WHEREAS, the Court ordered mediation to be completed by June 7, 2006;

    WHEREAS, counsel and Ms. Bryant scheduled mediation for the first available date, June 22, 2006;

THEREFORE the parties jointly request the Court extend the deadline to complete mediation to Friday, June 30, 2006.

**SIGNATURE OF COUNSEL**

DATED:   April 5, 2006          By:   _/s/_____
BETH W. MORA
LAW OFFICES OF LUCIUS A. COOPER
Attorneys for Plaintiff

DATED:   April 5, 2006          By:   _/s/_____
ALICE CONWAY-POWERS
FOSTER AND ASSOCIATES
Attorneys for Defendants

**ORDER**

The deadline to complete mediation is hereby extended to Friday, June 30, 2006.

DATED:   4/7/2006          By:   _____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO EXTEND DEADLINE FOR MEDIATION
CASE NO.  C05-03875 MHP                         2