1  BETH W. MORA, ESQ.  BAR NO: 208859
   LAW OFFICES OF LUCIUS A. COOPER
2  A Professional Corporation
   18 Crow Canyon Court, Suite 145
3  San Ramon, California  94583
   Telephone:  (925) 820-8949
4  Facsimile:  (925) 820-0278

5  Attorneys for Plaintiff

6  MICHAEL W. FOSTER, ESQ. BAR NO: 127691
   ALICE CONWAY-POWERS, ESQ. BAR NO: 178677
7  FOSTER AND ASSOCIATES
   610 16th Street, Suite 310
8  Oakland, California 94612
   Telephone: (510) 763-1900
9  Facsimile: (510) 763-5952

10 Attorneys for Defendants

11
                     **UNITED STATES DISTRICT COURT**
12
                     **NORTHERN DISTRICT OF CALIFORNIA**
13

14
15 COLLEEN CONDON,                           )   NO.  C05-03875 MHP
                                             )
16          Plaintiff,                       )
                                             )   **STIPULATION OF DISMISSAL;**
   vs.                                       )   **[PROPOSED] ORDER**
17                                           )
   HOME DEPOT USA, INC.,                     )
18                                           )
            Defendants.                      )
19 _____ )

20     WHEREAS, the parties to this action have fully and finally resolved all issues set forth in this

21 case:

22     IT IS HEREBY STIPULATED by and between the parties to this action through their designated

23 counsel that the above-captioned action be and hereby is dismissed with prejudice as to all Defendants

24 pursuant to F.R.C.P. 41(a)(1);

25 ///

26
27
28

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
CASE NO.  C05-03875 MHP

1  IT IS FURTHER STIPULATED by and between the parties through their designated counsel that
2 each party shall bear their own attorneys' fees and costs of suit.

**SIGNATURE OF COUNSEL**

DATED:  July 5, 2006          By:   _/s/_____
                                    BETH W. MORA
                                    LAW OFFICES OF LUCIUS A. COOPER
                                    Attorneys for Plaintiff

DATED:  July 5, 2006          By:   _/s/_____
                                    ALICE CONWAY-POWERS
                                    FOSTER AND ASSOCIATES
                                    Attorneys for Defendants

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED:  July 7, 2006          By:   _____
                                    UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
CASE NO.  C05-03875 MHP                          2